807 A.2d 811

IN THE MATTER OF MELVIN G. DUKE,
AN ATTORNEY AT LAW.

October 18, 2002.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–058, concluding that by way of reciprocal discipline pursuant to *Rule* 1:20–14(a)(E), **MELVIN G. DUKE** of **BROOKLYN, NEW YORK**, who was admitted to the bar of this State in 1990, should be reprimanded for violating *RPC* 1.15(a) and (d)(negligent misappropriation and commingling of funds), *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *Rule* 1:21–6(recordkeeping violations), and good cause appearing;

It is ORDERED that **MELVIN G. DUKE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.